UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

JANE DOE,

                **Plaintiff,**

v.

SKYLINE AUTOMOTIVE INC., individually and D/B/A/ TOYOTA OF MANHATTAN, SKYLINE AUTOMOBILES INC., individually and D/B/A/ TOYOTA OF MANHATTAN, TOYOTA MOTOR NORTH AMERICA, INC., FREDDY VELEZ, individually, KEVIN PRIMUS, individually, ANTHONY NAMIAS, individually,

                **Defendants.**

------------------------------------------------------------------------ X

Index No.: 18-CV-04418

NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS

To: The Clerk of Court and All Parties of Record.

**PLEASE TAKE NOTICE**, that as of June 14, 2019 at close of business, Alexandra C. Manfredi will no longer be associated with Wilson, Elser, Moskowitz, Edelman & Dicker LLP and hereby withdraws her appearance as counsel for Kevin Primus in the referenced action and respectfully requests that she be removed from the CM/ECF noticing list and any other service list in this case. Kevin Donovan and James Monagle continue to serve as counsel for Mr. Primus and all future correspondence and papers in this action should continue to be directed to them.

Dated:   New York, New York
           June 14, 2019

                                      By:      /s/ Alexandra C. Manfredi
                                              Alexandra C. Manfredi
                                              WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
                                              150 East 42nd Street
                                              New York, NY 10017-5639
                                              Telephone: 212-490-3000
                                              Alexandra.Manfredi@wilsonelser.com

9902165v.1